IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LINDA GONZALES-LEATHERMAN, | § § § § | |
| *Plaintiff,* | | |
| v. | § § § § § § § § | CIVIL ACTION NO. 1:15-cv-01039-RP |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | | |
| *Defendant.* | | |

JOINT NOTICE OF PENDING SETTLEMENT

COME NOW Plaintiff Linda Gonzales-Leatherman and Defendant Hartford Life and Accident Insurance Company and hereby advise the Court that mediation has resulted in a confidential settlement that is being finalized by counsel. The parties request that the Court enter an Order giving the parties until October 7, 2016 to file a joint stipulation of dismissal.

Respectfully submitted,

*/s/ J. Anthony Vessel*
Marc S. Whitehead
State Bar No. 00785238
J. Anthony Vessel
State Bar No.: 24084019
Marc Whitehead & Associates, L.L.P.
5300 Memorial Drive, Suite 725
Houston, Texas 77007
Telephone:   713-228-8888
Facsimile:     713-225-0940
**ATTORNEYS FOR PLAINTIFF**

/s/ *Laura J. Grabouski*
Laura Grabouski
State Bar No: 24031595
Brittan L. Buchanan
State Bar No: 03285680
**BUCHANAN DIMASI DANCY & GRABOUSKI LLP**
9600 Great Hills Trail, Suite 300 West
Austin, Texas 78759
Telephone:   512.225.2800
Facsimile:   512.225.2801
Email:   lgrabouski@bddglaw.com
         bbuchanan@bddglaw.com
**ATTORNEYS FOR DEFENDANT**

CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2016 I electronically filed the foregoing pleading with the Clerk of Court, using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Laura Grabouski*
Laura Grabouski