IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LINDA GONZALES-LEATHERMAN, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:15-cv-01039-RP |
| | § | |
| HARTFORD LIFE AND ACCIDENT | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| *Defendant.* | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Linda Gonzales-Leatherman ("Plaintiff") and Defendant Hartford Life and Accident Insurance Company ("Defendant"), being all of the parties to the above-referenced action that have appeared herein, jointly announce to the Court that the above-referenced case has been settled. Accordingly, pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties jointly stipulate to the dismissal of this action with prejudice, with each party bearing its own costs and fees incurred.

A proposed order approved by all counsel is submitted herewith.

                                                                   Respectfully submitted,
                                                                   */s/ J. Anthony Vessel*
                                                                  Marc S. Whitehead
                                                                  State Bar No. 00785238
                                                                  J. Anthony Vessel
                                                                  State Bar No.: 24084019
                                                                  Marc Whitehead & Associates, L.L.P.
                                                                  5300 Memorial Drive, Suite 725
                                                                  Houston, Texas 77007
                                                                  Telephone:   713-228-8888
                                                                  Facsimile:    713-225-0940
                                                                  **ATTORNEYS FOR PLAINTIFF**

/s/ *Laura J. Grabouski*
Laura J. Grabouski
State Bar No: 24031595
Brittan L. Buchanan
State Bar No: 03285680
**BUCHANAN DIMASI DANCY & GRABOUSKI LLP**
9600 Great Hills Trail, Suite 300 West
Austin, Texas 78759
Telephone:   512.225.2800
Facsimile:    512.225.2801
Email:           lgrabouski@bddglaw.com
                     bbuchanan@bddglaw.com
**ATTORNEYS FOR DEFENDANT**