IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LINDA GONZALES-LEATHERMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:15-cv-01039-RP |
| | § | |
| HARTFORD LIFE AND ACCIDENT | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER APPROVING STIPULATION OF DISMISSAL

On this day, the parties' Joint Stipulation of Dismissal with Prejudice was considered by the Court. It appearing to the Court that all issues in this case have been resolved and that the parties desire the entry of this Order, it is

ORDERED, ADJUDGED AND DECREED that the Joint Stipulation of Dismissal is approved and that the above-styled and numbered cause and all claims asserted or that could have been asserted by all parties herein are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs incurred.

IT IS SO ORDERED.

SIGNED this the 3d day of October, 2016.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

PAGE 1